OPINION — AG — A SUB AGENT, DULY APPOINTED BY A MOTOR LICENSE AGENT, MAY NOT RETAIN THE 25 CENT FEE FOR TRANSFER OF TITLE AND 20 CENT FEE OF APPLICATION FOR DRIVER'S LICENSE AND RENEWAL UNLESS, (1) IT IS IN A COUNTY HAVING A POPULATION OF LESS THAN TWO HUNDRED THOUSAND; AND, (2) THE MOTOR LICENSE AND TAG AGENT MUST AGREE THAT THE SUB AGENT MAY RETAIN SAID FEE. CITE: 47 O.S. 1961 23.12 [47-23.12], 47 O.S. 1963 Supp., 6-101 [47-6-101](H) (JOSEPH MUSKRAT)